**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
HALPERN LAW GROUP, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LORI ANN DUFFY**, | Case No. 6:19-cv-00519-MC |
| Plaintiff, | |
| vs. | PROPOSED ORDER |
| **COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

Attorneys' fees in the amount of $14,000.00 (fourteen thousand dollars) and costs in the amount of $905 (nine hundred five dollars) are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Ari Halpern's address: 62910 O.B. Riley Rd., Suite 100   Bend, OR  97703. In accordance with the fee assignment Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this  16th  day of   November    , 2021.

                                                 s/Michael J. McShane
                                                 Michael J. McShane
                                                 United States District Judge

Submitted on November 10, 2021 by:
s/ Ari D. Halpern
ARI D. HALPERN, ATTORNEY AT LAW — OSB # 045230
Voice: (541) 388-8410; Fax: (541) 323-2306
Of Attorneys for Plaintiff

ORDER  - Page 2